UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

HOWARD COHAN,

    Plaintiff,

CASE NO.: 0:24-cv-60779-WPD

vs.

FLBEC1 LLC,
a Florida Limited Liability Company,
d/b/a CRACK'D KITCHEN & COFFEE,

    Defendant(s).
_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, FLBEC1 LLC, a Florida Limited Liability Company, d/b/a CRACK'D KITCHEN & COFFEE, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against FLBEC1 LLC, a Florida Limited Liability Company, d/b/a CRACK'D KITCHEN & COFFEE; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

    RESPECTFULLY SUBMITTED November 11, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | *By:* **/s/ Stephen D. Wilson** |
| Gregory S. Sconzo, Esq. | Stephen D. Wilson |
| Florida Bar No.: 0105553 | Florida Bar Number 1010484 |
| Sconzo Law Office, P.A. | Maine Bar Number 008763 |
| 3825 PGA Boulevard, Suite 207 | Massachusetts Bar Number 641084 |
| Palm Beach Gardens, FL 33410 | SDW@BeggsLane.com |
| Telephone: (561) 729-0940 | BEGGS & LANE RLLP |
| Facsimile: (561) 491-9459 | 501 Commendencia Street |
| Email: greg@sconzolawoffice.com | Pensacola, FL 32502 |
| Email: perri@sconzolawoffice.com | Telephone: (850) 202-3342 |
| Attorney for Plaintiff | Facsimile: (850) 469-3331 |
| | John R. Zoesch III |
| | Florida Bar Number 0045257 |
| | Texas Bar Number 24093657 |
| | JRZ@BeggsLane.com |
| | *Attorneys for Defendant* |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 11, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                            /s/ Gregory S. Sconzo
                                            **Gregory S. Sconzo, Esq.**