UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 0:24-CV-60779-WPD

HOWARD COHAN,

    Plaintiff,

v.

FLBEC1 LLC, a Florida Limited Liability Company,
d/b/a CRACK'D KITCHEN & COFFEE,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [DE 15] (the "Stipulation"), filed on November 11, 2024. The Court has carefully considered the Stipulation, notes the signature of counsel, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 15] is hereby **APPROVED**;

2. This action is **DISMISSED WITH PREJUDICE**;

3. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of November, 2024.

*[Signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record